

UNITED STATES FEDERAL COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM MERCER | CIVIL ACTION NO. 11-1505 |
| VERSUS | JUDGE TRIMBLE |
| USA, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the report and recommendation of the magistrate judge previously filed herein, after review of the entire record in this matter, including plaintiff's objections, and concurring with the reasoning and proposed findings of the magistrate judge, it is hereby

**ORDERED** that plaintiff's claim be **DENIED** and **DISMISSED** with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 15th day of May, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE